# United States District Court
## Southern District of Georgia

CYNTHIA HOLLOMAN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV315-006

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on May 19, 2016, the Report and Recommendation of the Magistrate Judge is ADOTPED as the opinion of this Court. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Acting Commissioner's final decision is REVERSED and this case is REMANDED back to the Acting Commissioner for further consideration.

May 19, 2016  
Date



Scott L. Poff  
Clerk

(By) Deputy Clerk